UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br> vs.<br><br>BAHAREH NOSRATI SHAMLOU,<br><br>    Defendant. | Case No: CR 10-0364 SBA<br><br>**ORDER**<br><br>Dkt. 58 |

On June 15, 2011, Defendant Bahareh Nosrati Shamlou ("Defendant") pleaded guilty to Count One of the Information—Conspiracy to Commit Mail and Wire Fraud, in violation of 18 U.S.C. §1349. Dkt. 14, 15. On March 2, 2011, Defendant was sentenced to one year and one day of imprisonment and three years of supervised release. Dkt. 47, 48. The Court also imposed on Defendant the obligation to make payments of a special assessment in the amount of $100 and restitution in the amount of $565,028.83. Id.

By way of a letter dated August 25, 2011, Defendant's father indicated that, on September 30, 2011, Defendant will be transferred to a halfway house, i.e., a residential reentry center, that he believes is in an unsafe location and requests that Defendant be permitted to reside with him until she finds housing. Id. The letter does not indicate that Defendant has made or agrees with the request being made by her father. Moreover, the letter provides no information establishing that Defendant's father is an attorney who is representing Defendant in this matter. Accordingly,

//
//
//
//
//

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED THAT the request of Defendant's father is DENIED |
| 2 | without prejudice to Defendant's right to reassert the request on her own or through an |
| 3 | attorney. This terminates Docket 58. |
| 4 | IT IS SO ORDERED. |

Dated: September 26, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge